UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                           :
                         Plaintiff,        :        23 Misc. 205 (LGS)
:
         -against-                                   :        <u>ORDER</u>
:
DAVID BARTECK,                                            :
                        Defendant.       :
:
------------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 15, 2023, Defendant Barteck filed a letter request for a pre-motion conference to file a motion to vacate the judgment. On August 22, 2023, Claimant Consolidated Edison Company of New York, Inc., filed a response. It is hereby

      **ORDERED** that these letter submissions will be deemed a motion to vacate the judgment; the parties may file any additional argument in connection with the motion no later than **February 2, 2024**, at which point the motion will be considered fully briefed. If a party files additional argument in connection with the motion, the party is encouraged to include caselaw from this Circuit regarding whether eligibility for registration under 28 U.S.C. § 1963 depends on the nature of the judgment or the form of the originating action, and caselaw in which a court approved or rejected a petitioner's attempt to register monetary restitution from a criminal sentence under Section 1963.

Dated: January 18, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE